**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
05/21/2025
CLERK OF DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____VM____
    DEPUTY

**United States of America,**
    **Plaintiff,**

    v.

**MOLINA-Hernandez, Jaime Anibal**
AKA:
    **Defendant.**

NO. EP:25-M-02588-001

## United States' Motion for Continuance and Motion to Detain Defendant Without Bond

    The United States of America, by and through its United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, requests this Honorable Court to continue the detention hearing and detain the Defendant without bond.

    The United States moves for a three-day continuance from the date of initial appearance, pursuant to 18 U.S.C. § 3142(f)(2).

    The United States moves to detain the Defendant because detention is appropriate given attendance cannot be reasonably assured under 18 U.S.C. § 3142(f), as the Defendant meets the following factors under 18 U.S.C. § 3142(g): the weight of evidence against the Defendant; and the Defendant's history and characteristics, which include, but are not limited to:

1. The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

2. The are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

Accordingly, for the foregoing reasons, the United States respectfully requests the Court to continue the detention hearing and to detain the above-named Defendant without bail pending the final outcome of the case.

                                            Respectfully submitted,

                                            MARGARET F. LEACHMAN
                                            ACTING UNITED STATES ATTORNEY

By:   /s/ GREGORY E. McDONALD
        GREGORY E. McDONALD
        Assistant U.S. Attorney
        Texas Bar # 13547300
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884